The Honorable James L. Robart
The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

DONALD WHEDON,

   Plaintiff,

v.

CHECKR, INC.,

   Defendant.

Case No. 2:19-cv-01024-JLR-MLP

**STIPULATED MOTION TO EXTEND DEADLINE TO FILE FED. R. CIV. P. 26(f) JOINT STATUS REPORT AND DISCOVERY PLAN**

NOTED FOR CONSIDERATION:
January 10, 2020

Pursuant to Federal Rule of Civil Procedure 6(b), Western District of Washington Local Civil Rule 7(d)(1), and the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #12), Defendant Checkr, Inc. ("Defendant") and Plaintiff Donald Whedon ("Plaintiff") (collectively "the parties") hereby stipulate to and request an extension of the deadline to file a Joint Status Report and Discovery Plan in this case from the current deadline of January 10, 2020, to a new deadline of **January 24, 2020**. In support of this stipulation, the parties state as follows:

1. By mutual agreement, the parties would like more time to discuss the case.

2. A brief extension of the deadline to file the Joint Status Report and Discovery Plan will provide the parties the ability to focus on this goal, while the necessity of focusing on substantive issues related to discovery and case scheduling in preparing the Joint Status Report

STIPULATED MOTION RE DEADLINE FOR
JOINT STATUS REPORT – 1
Case No. 2:19-cv-01024-JLR-MLP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
206.623.3300

and Discovery Plan would impede it, and potentially result in an unnecessary waste of the Court's time and resources.

The parties attest that this request is not made for purposes of improper delay or lack of appropriate attention to the Court's deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

January 10, 2020

| | |
|---|---|
| *s/ Thomas P. Holt* | *s/ Joseph L. Genticore* |
| Thomas P. Holt, WSBA #39722 | Joseph L. Genticore (*Pro Hac Vice*) |
| LITTLER MENDELSON, P.C. | FRANCIS & MAILMAN PC |
| One Union Square | 1600 Market Street |
| 600 University Street, Suite 3200 | 25th Floor |
| Seattle, WA 98101.3122 | Philadelphia, PA 19103 |
| Telephone: 206.623.3300 | Telephone: 215.735.8600 |
| Facsimile: 206.447.6965 | E-mail: jgentilcore@consumerlawfirm.com |
| E-mail: tholt@littler.com | *Attorney for Plaintiff Donald Whedon* |
| *Attorney for Defendant Checkr, Inc.* | |

**STIPULATED MOTION RE DEADLINE FOR
JOINT STATUS REPORT – 2**
Case No. 2:19-cv-01024-JLR-MLP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
206.623.3300

The Honorable James L. Robart
The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DONALD WHEDON,

Plaintiff,

v.

CHECKR, INC.,

Defendant.

Case No. 2:19-cv-01024-JLR

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE FED. R. CIV. P. 26(f) JOINT STATUS REPORT AND DISCOVERY PLAN**

[~~PROPOSED~~]

NOTED FOR CONSIDERATION:
January 10, 2020

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, IT IS HEREBY ORDERED that the deadline to file the Joint Status Report and Discovery Plan his hereby EXTENDED from January 10, 2020, to January 24, 2020.

Dated this 13th day of January 2020

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION RE
DEADLINE FOR JOINT STATUS REPORT – 1
Case No. 2:19-cv-01024-JLR-MLP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
206.623.3300