The Honorable James L. Robart
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD WHEDON,

    Plaintiff,

v.

CHECKR, INC.,

    Defendant.

Case No. 2:19-cv-01024-JLR-MLP

**ORDER OF DISMISSAL**

### ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-captioned case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Presented by:
Joseph L. Gentilcore
*Admitted Pro Hac Vice*
FRANCIS & MAILMAN, P.C.
*Attorneys for Plaintiff*

Dated this 21st day of January, 2020

_____
United States District Judge James L. Robart

**ORDER – 1**

Case No. 2:19-cv-01024-JLR-MLP